UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD MORRELL,

    Petitioner,

                                  CASE NO. 2:17-cv-10961

v.

                                  HON. GEORGE CARAM
DEWAYNE BURTON,          STEEH

    Respondent.               MAG. DAVID R. GRAND
_____/

## NOTICE OF APPEAL

Notice is hereby given that DeWayne Burton, Respondent, in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion & Order entered in this action on February 14, 2020.

                                                Respectfully submitted,

                                                Dana Nessel
                                                Attorney General

                                                s/<u>Scott R. Shimkus</u>

                                                Assistant Attorney General
                                                Criminal Trials & Appeals Division
                                                P.O. Box 30217
                                                Lansing, MI  48909
                                                (517) 335-7650
                                                shimkuss@michigan.gov
Dated:  March 11, 2020            P77546

## Certificate of Service

I hereby certify that on March 11, 2020, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

HON. GEORGE CARAM STEEH
MAG. DAVID R. GRAND

and I hereby certify that Kari Edgecomb has mailed by United States Postal Service the papers to the following non-ECF participant

RONALD MORRELL, 955782
RICHARD A. HANDLON CORRECTIONAL FACITITY
1728 BLUEWATER HIGHWAY
IONIA, MI   48846

Respectfully submitted,

Dana Nessel
Attorney General

s/Scott R. Shimkus

Assistant Attorney General
Criminal Trials & Appeals Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-7650
shimkuss@michigan.gov
P77546